UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      HONORABLE PAUL L. MALONEY

v.                                                 Case No. 1:10-cr-168

EDDIE CASTILLA-LUGO, ISRAEL TONI
ARMENDARIZ-BECERRA, AND MIGUEL
MERLOS-GONZALEZ,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ENDS OF JUSTICE CONTINUANCE

This matter is before the Court on the government's Motion for Ends of Justice Continuance (Dkt. #88). The government seeks an ends of justice continuance of the final pretrial conference presently scheduled for October 4, 2010 and the trial scheduled for October 19, 2010 in order to allow continuity of government's counsel. The attorney for the government is scheduled to appear for oral argument before the Sixth Circuit Court of Appeals on October 19, 2010, the same day trial for this case is to begin. Counsel for defendants Castilla-Lugo and Merlos-Gonzalez do not object to the continuance. Counsel for defendant Armendarez-Becerra does object.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendants in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **October 18, 2010 at 9:00 a.m.** Jury trial is rescheduled to **October 26, 2010 at 8:45 a.m.**

Date: September 27, 2010                                     /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge